**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                          CASE NO: 3:07-cr-90-J-33HTS

JERRY M. BREWER
DONALD E. TOUCHET
RICHARD E. STANDRIDGE
ROBERT J. JENNINGS
JOSHUA A. POOLE
  a/k/a Josh Poole

---

**O R D E R**

The Application of Heather A. Bell, Esq. to Appear Pro Hac Vice (Doc. #273), the Application of Sara E.D. Fazio, Esq. to Appear Pro Hac Vice (Doc. #274), and the Application of Kay Griffith Hammond, Esq. to Appear Pro Hac Vice (Doc. #275), all filed on January 23, 2008, are **GRANTED**.  Accordingly, Heather A. Bell, Esquire, Sara E.D. Fazio, Esquire, and Kay Griffith Hammond, Esquire, are permitted to appear herein, *pro hac vice,* on behalf of the receiver, Phillip S. Stenger.  Daniel K. Bean, Esquire, shall serve as local counsel.  The Application of Phillip S. Stenger, Esq. to Appear Pro Hac Vice (Doc. #276) is **DENIED** without prejudice to a motion demonstrating the propriety and need for the receiver to appear *pro hac vice* on behalf of himself.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of January, 2008.

/s/ Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

counsel of record
        and pro se parties, if any