UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                  Case No.  3:07-cr-90-J-33HTS

JERRY M. BREWER,
DONALD E. TOUCHET,
RICHARD E. STANDRIDGE,
ROBERT J. JENNINGS, and
JOSHUA A. POOLE, a/k/a Josh
Poole
_____/

**<u>ORDER</u>**

This matter is before the Court on the Receiver's Motion and Memorandum Seeking Authorization to Waive His Interest in Certain Receivership Assets of William Colton Coile (the "Motion to Waive," Doc. 534). On April 1, 2009, the Court ordered the release of three firearms, valued collectively at approximately $285, to the Receiver (Case No.: 3:07-cr-146-J33MCR, Doc. 45). These firearms are: one Ruger 10/22 .22 caliber rifle, approximate value $125; one Winchester 120 youth 20 gauge shotgun, approximate value $80; and, one Harrington and Richardson Inc. .410 shotgun, approximate value $80 (the "Firearms").

The Receiver informs the Court that it is not in the best interest of the fraud victims for him to take possession of and liquidate the Firearms given their nominal value (Doc. 534

at 2). The Receiver asks the Court to enter an Order authorizing the waiver and release of his interest in the Firearms and directing the United States Marshals Service to destroy the Firearms pursuant to its normal operating procedures.

Upon due consideration and for good cause shown, the Court finds that the Motion to Waive (Doc. 534) should be granted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Motion to Waive (Doc. 534) is **GRANTED**.

(2) The Receiver is authorized to waive and release his interest in the Firearms. The United States Marshals Service is directed to destroy the Firearms pursuant to its normal operating procedures.

**DONE** and **ORDERED** in Jacksonville, Florida, this 20th day of May 2009.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record
United States Marshals Service

2