UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:07-cr-90-J-33HTS

JERRY M. BREWER,
DONALD E. TOUCHET,
RICHARD E. STANDRIDGE,
ROBERT J. JENNINGS, and
JOSHUA A. POOLE, a/k/a Josh
Poole
_____/

**ORDER**

This matter is before the Court on the United States' Motion to Vacate Preliminary Order of Forfeiture for Substitute Assets (the "Motion to Vacate," Doc. 538). On May 29, 2008, the Court entered a Preliminary Order of Forfeiture for Substitute Assets (the "Preliminary Order of Forfeiture," Doc. 369). The Preliminary Order of Forfeiture called for the forfeiture of Defendant Donald E. Touchet's interest in real property, including all improvements thereon and appurtenances thereto, located at 10658 Holborn Ct., Santee, San Diego County, California, Parcel No. 381-561-05, more particularly described as:

> Lot 15 of EL NOPAL ESTATES, in the City of Santee, County of San Diego, State of California, according to Map thereof No. 7495, filed in the Office of the County Recorder of San Diego County, December 6,

1972.

The Government informs the Court that due to the economic downturn, and its impact on the housing market, it will not be pursuing forfeiture of the above-referenced real property (Doc. 538 at 3).

Upon due consideration and for good cause shown, the Court finds that the Motion to Vacate (Doc. 538) should be granted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The Motion to Vacate (Doc. 538) is **GRANTED.**

(2) The Preliminary Order of Forfeiture (Doc. 369) is **VACATED** pertaining to the above-referenced real property.

**DONE** and **ORDERED** in Jacksonville, Florida, this 20th day of May 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record