UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.: 3:07-cr-90-J-25HTS

JERRY M. BREWER
DONALD E. TOUCHET
RICHARD E. STANDRIDGE
ROBERT J. JENNINGS, and
JOSHUA A. POOLE
  a/k/a Josh Poole
_____/

**ORDER**

Before the Court is the United States' Consent Motion to Authorize Transfer of Funds Collected by Receiver (the "Consent Motion to Transfer," Doc. 544). The United States asks the Court to authorize transfer of $280,000.00 from Receiver, Phillip S. Stenger to the Clerk of Court, Middle District of Florida, Jacksonville Division. The United States informs the Court that upon release, the funds will be used to satisfy restitution in accordance with the restitution order in United States v. Steven J. Landin, Case No.:3:07-cr-174-J-33MCR James D. Bennett, Ronald George Fernandez and Bayardo Rios, all victims of a workers' compensation fraud scheme.

Upon due consideration of the United States' request and for good cause shown, the Court finds that the Consent Motion to Transfer (Doc. 544) should be granted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The Consent Motion to Transfer (Dkt. 544) is **GRANTED.**

(2) The Receiver is **ORDERED** to transfer the sum of $280,000.00 to the Clerk of Court, Middle District of Florida, Jacksonville Division, for disbursement to victims James D. Bennett, Ronald George Fernandez and Bayardo Rios, in accordance with the restitution order in United States v. Steven J. Landin, Case No.: 3:07-cr-174-J-33MCR.

(3) The Receiver is further **ORDERED** to transfer funds by cashier's check, made payable to "Clerk, U. S. District Court," and send to:

>   Ms. Robin Hall
>   Financial Generalist
>   U.S. District Court
>   Suite 9-150
>   300 N. Hogan Street
>   Jacksonville, Florida 32202

**DONE** and **ORDERED** in Jacksonville, Florida, this 22nd day of May 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record