UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.: 3:07-cr-90-J-33HTS

JERRY M. BREWER,
DONALD E. TOUCHET,
RICHARD E. STANDRIDGE,
ROBERT J. JENNINGS, and
JOSHUA A. POOLE, a/k/a Josh
Poole
_____/

**<u>ORDER</u>**

This matter is before the Court on the United States'
Motion to Dismiss Preliminary Order of Forfeiture for
Substitute Assets, which the Court construes as a Motion to
Vacate (the "Motion to Vacate," Doc. 548). The Court
previously entered a Preliminary Order of Forfeiture for
Substitute Assets (the "Preliminary Order of Forfeiture," Doc.
370) in this case. The Preliminary Order of Forfeiture called
for Defendant, Richard E. Standridge to forfeit his interest
in the following assets:

    a.  Contents of Bank of America Acct. No.
        109809146 in the amount of $397,084.63;

    b.  2006 Cadillac, VIN: 1G6KD57Y36U209999;

    c.  2005 Chevrolet Silverado 2500,
        VIN: 1GCHK23245F896037;

> d.    2001 Chevrolet Blazer,
>       VIN: 1GNCS13W212158284; and
>
> e.    1964 Oldsmobile Cutlass, VIN: 824M098327

The United States informs the Court that the Cadillac and Oldsmobile were sold before they could be seized and that the United States Marshals Service is unable to locate either of the Chevrolets.  The United States further informs the Court that in lieu of restitution, it seeks release of the contents of Bank of America Acct. No. 109809146 in the amount of $397,084.63, to the Receiver for disbursement to the victims affected by Defendants' fraud scheme.

Upon due consideration and for good cause shown, the Court finds that the Motion to Vacate (Doc. 548) should be granted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**:

(1)   The Motion to Vacate (Doc. 548) is **GRANTED.**

(2)   The Preliminary Order of Forfeiture (Doc. 370) is **VACATED** as to the above-referenced assets.

(3)   The United States Marshals Service is directed to release the contents of Bank of America Acct. No. 109809146 in the amount of $397,084.63, after payment of expenses, into the custody and control of the Receiver, Phillip S. Stenger, for the benefit of the victims of the fraud scheme.

**DONE** and **ORDERED** in Jacksonville, Florida, this 22nd day

of May 2009.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record
United States Marshals Service