IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:07-cr-90-J-33HTS

JERRY M. BREWER, *et al.*,

_____/

**ORDER**

This matter is before the Court pursuant to the Receiver's Motion for Authority to Consign Receivership Asset for Auction Sale (the "Motion," Doc. 557), filed on June 15, 2009. The Government seeks entry of an order (1) authorizing the Receiver to consign a 2002 Chevrolet Avalanche K1500 Pickup, bearing VIN 3GNEK13TX2G283900 (the "Vehicle"), forfeited in the related case of United States v. William Colton Coile, Case No. 3:07-cr-146-J-33HTS, to Manheim's Daytona Auto Exchange ("Manheim") of Daytona Beach, Florida, for sale at its auction to be held on July 15, 2009, and (2) ratifying the Receiver's Auction Consignment Agreement (the "Agreement," Ex. A to the Motion, Doc. 557-2) with Manheim governing the terms of said consignment.

This Court has discretion to consider the proposed consignment sale pursuant to 28 U.S.C. § 2004, governing the sale of personal property under an order of any court of the United States, which provides that such personalty "shall" be sold in accordance with the procedures set forth in 28 U.S.C. § 2001, "unless the court orders otherwise." In considering liquidation of the Vehicle by consignment sale, the Court has reviewed the evidence and arguments submitted in support of the Motion.

After consideration, this Court concludes that the interests of the victims of the underlying fraud are best served by the consignment sale of the Vehicle recommended by the Receiver.

Accordingly, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED**:

1. The Motion (Doc. 557) is **GRANTED**.

2. The Receiver is **AUTHORIZED** to consign the Vehicle to Manheim for sale at its auto auction to be held on July 15, 2009.

3. The Receiver's Agreement with Manheim, consigning the Vehicle for sale at Manheim's July 15, 2009 auto auction, is **RATIFIED**.

4. The Purchaser of the Vehicle at auction, upon payment of all sums due and owing from the purchaser to Manheim, shall hold good and clear title to the Vehicle so purchased as against the world, free and clear of all liens, encumbrances, costs, claims and interests of any kind.

**DONE** and **ORDERED** in Jacksonville, Florida on this 19th day of June 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record