```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                    CASE NO:   3:07-cr-90-J-33JBT

JERRY M. BREWER
_____/

### ORDER

This cause is before the Court pursuant to the United States of America's Motion to Direct Transfer of Funds and Issuance of Checks to Accomplish Victim Restitution (Doc. # 638), filed on April 4, 2011.

In order to satisfy the victim restitution ordered in this case (Doc. # 637), the Government requests that the Court: (i) direct the transfer of $373,282.66 from the receiver's trust account to the Registry of the United States District Court, Middle District of Florida, Orlando Division; (ii) direct the Clerk's Office to issue restitution checks to the five listed victims on the defendant's judgement; and (iii) direct the Clerk's Office to provide the restitution checks to Assistant United States Attorney Mark B. Devereaux for distribution. Defendant Jerry Brewer joins the Government in the Motion and consents to the relief requested.  (Doc. # 639).

Having examined the Motion, the Court finds the requested relief appropriate.  Accordingly, the Court: (i) directs the transfer of $373,282.66 from the receiver's trust account to the

Registry of the United States District Court, Middle District of Florida, Orlando Division; (ii) directs the Clerk's Office to issue restitution checks to the five listed victims on the defendant's judgement; and (iii) directs the Clerk's Office to provide the restitution checks to Assistant United States Attorney Mark B. Devereaux for distribution.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The United States of America's Motion to Direct Transfer of Funds and Issuance of Checks to Accomplish Victim Restitution, (Doc. # 638) is **GRANTED.**

(2) The Court: (i) directs the transfer of $373,282.66 from the receiver's trust account to the Registry of the United States District Court, Middle District of Florida, Orlando Division; (ii) directs the Clerk's Office to issue restitution checks to the five listed victims on the defendant's judgement; and (iii) directs the Clerk's Office to provide the restitution checks to Assistant United States Attorney Mark B. Devereaux for distribution.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>13th</u> day of April, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies:

Mark B. Devereaux, AUSA

All Parties and Counsel of Record